AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Owen Omar Giron-Palma<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.    3:25-mj-00185 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Owen Omar Giron-Palma                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession with the intent to distribute Fentanyl, a Schedule II controlled substance (400 grams or more), in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(vi);

Date: **07/03/2025**

_____
*Issuing officer's signature*

City and state:     Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* July 3, 2025 , and the person was arrested on *(date)* July 3, 2025
at *(city and state)*  Portland, OR    .

Date: _____

DAVID I SLAFSKY  Digitally signed by DAVID I SLAFSKY
Date: 2025.07.03 08:33:48 -07'00'

_____
*Arresting officer's signature*

Special Agent David Slafsky
_____
*Printed name and title*